**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1435

LASZLO I. HORVATH,

Plaintiff - Appellant,

versus

FIRST UNION CORPORATION, d/b/a First Union
National Bank of North Carolina; FIRST UNION
NATIONAL BANK OF NORTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-770-5-BR)

Submitted: July 8, 1999            Decided: July 14, 1999

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Laszlo I. Horvath, Appellant Pro Se. Michael Edmond Weddington, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Laszlo Horvath appeals the district court's orders granting Appellees summary judgment and denying Horvath's motion to set aside judgment. Horvath filed an action against Appellees, claiming Appellees violated federal and state laws in surrendering property to the Internal Revenue Service pursuant to an IRS "notice of levy." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Horvath's "motion to reverse district court's judgment order" and "motion to amend motion to reverse district court's judgment order" and affirm on the reasoning of the district court. See <u>Horvath v. First Union Corp.</u>, No. CA-98-770-5-BR (E.D.N.C. Mar. 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>